# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

                                                    Civil No.: 1:06CV01068

vs

COMMERCIAL INTERIOR DESIGN, INC
        a/k/a Commercial Interior Designs, Inc.

SERVICE OF PROCESS ON: COMMERCIAL INTERIOR DESIGN, INC
                    a/k/a Commercial Interior Designs, Inc.

I Shawn F. Schaffer, undersigned, being duly sworn, deposes and says that he was at the time of
service, over the age of twenty-one, and not a party to this action:

Date of Service:   6/13/2006 @ 4:10 PM
Place of Service:  73 Byberry Ave., Hatboro, PA 19040
Documents Served: Summons and Complaint

A true and correct copy of the aforesaid papers were served on the above named party or witness
in the following manner:

___By personally delivering them into the hands of the person being served
___By leaving a copy at his/her usual place of abode with some person of suitable age and
discretion then residing therein, to wit:_____
_X_By delivering to an officer or person-in-charge or managing agent whose name and title is:
        **Joe Donnelly- Owner**
___Other_____

Description of Person Receiving Documents: Male/Female   Skin Color _*white*_
                                    Hair Color *Brown*     Age *50* Hgt *57* Wgt *185*

 Undersigned declares under penalty of perjury that the foregoing is true and correct

*Shawn F Schaffer*                    *6/13/06*
Signature of Server                   Date

Sanford G. Rosenthal, Esq.
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106      215-922-6700