# Jennings Sigmond, P.C.
## Time And Expense Details

Report ID: OT2025 - 7709  
Friday, October 06, 2006  
Printed By: MHT  
Page: 1

Beginning To End

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| PTINTF | IUPAT Industry Pension Fund | 27995 | Commercial Interior Design, In | Sigmond, Richard B. |

### Unbilled Time

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 9/18/2006 | EAC | 0.20 | 0.20 | 200.00 | $40.00 | | | Letter to Cathy Regarding Default Status; Review of Letter From Cathy |
| 9/18/2006 | CTM | 0.60 | 0.60 | 70.00 | $42.00 | | | Review of Docket regarding Default Status; Phone Conference with Judge's Clerk regarding Same; Memo to File |
| 9/18/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Default Entry |
| 9/19/2006 | EAC | 2.90 | 2.90 | 200.00 | $580.00 | | | Preparation of Documents: Default Motion; Preparation of Correspondence Requesting Update of Amounts Due From Peggy |
| 9/22/2006 | EAC | 0.15 | 0.15 | 200.00 | $30.00 | | | Review of Updated Amounts |
| 9/22/2006 | EAC | 2.65 | 2.65 | 200.00 | $530.00 | | | Review of File; Preparation of Audit Deficiency Letter |
| 9/25/2006 | EAC | 0.15 | 0.15 | 200.00 | $30.00 | | | Preparation of Correspondence |
| 9/27/2006 | EAC | 1.05 | 1.05 | 200.00 | $210.00 | | | Review of Reports from J. Donnelly; Phone Conference with J. Donnelly Regarding Reports and Checks Due; Preparation of Correspondence to T. Montemore and P. Gilbert Regarding Reports; Letter to Client with Check for Audit Costs from J. Donnelly |
| 9/28/2006 | EAC | 0.60 | 0.60 | 200.00 | $120.00 | | | Phone Conference with M. Hughes Regarding Late Reports and Payments; Preparation of Correspondence to T. Montemore (x2) |
| 9/29/2006 | EAC | 0.80 | 0.80 | 200.00 | $160.00 | | | Review of Documents; Preparation of Correspondence to T. Montemore; Phone Conference with J. Donnelly; Phone Conference with T. Montemore; Conference with Attorney S. Cramer |
| 9/29/2006 | SMC | 0.30 | 0.30 | 200.00 | $60.00 | | | Conference with Attorney E. Coleman regarding Default Judgment |
| **Totals** | | **9.60** | **9.60** | | **$1,816.00** | | | |

### Unbilled Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 9/25/2006 | $0.42 | COPY | Photocopies |
| **Totals** | **$0.42** | | |

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|



EXHIBIT 4

Report ID: OT2025 - 7709
Friday, October 06, 2006

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

Printed By MHT
Page 2

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 5/1/2006 | SGR | 0.50 | 0.50 | 200.00 | $100.00 | | Review of Correspondence from Fund regarding New Delinquency Case |
| | | | | | | | Review of Documents |
| | | | | | | | Preparation of Litigation Memo |
| | | | | | | | Phone Conference with H. Williams |
| 5/11/2006 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | Review of File |
| | | | | | | | Computer Research Regarding Company's Status |
| | | | | | | | Review of Dunn & Bradstreet |
| | | | | | | | Preparation of Complaint |
| 6/7/2006 | JLT | 1.50 | 1.50 | 200.00 | $300.00 | | Review of Complaint |
| 6/8/2006 | SGR | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from P. Gilbert Regarding Audit |
| 6/14/2006 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Affidavit of Service |
| 6/21/2006 | JLT | 0.30 | 0.30 | 200.00 | $60.00 | | Preparation of Memo regarding Litigation Status |
| 7/11/2006 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | Preparation of Default Request |
| 7/14/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | Preparation of Default Request for Electronic Court Filing and Filing Same |
| 7/17/2006 | CTM | 0.50 | 0.50 | 70.00 | $35.00 | | Letter to Company regarding Same |
| 7/19/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | Phone Conference with Company regarding Delinquency |
| | | | | | | | Memo to File |
| 7/19/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | Phone Conference with T. Montemore |
| | | | | | | | Phone Conference with Company |
| | | | | | | | Preparation of Correspondence to P. Gilbert |
| 7/20/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | Review of Correspondence from T. Montemore |
| | | | | | | | Preparation of Correspondence to H. Williams |

**Billed Time**
Totals  5.50  5.50    $1,009.00

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 5/11/2006 | $350.00 | 7100 | Filing Fee - Complaint |
| 6/1/2006 | $13.02 | COPY | Photocopies |
| 6/1/2006 | $4.50 | PO | Postage Charges |
| 6/1/2006 | $16.87 | PO | Postage Charges |
| 6/8/2006 | $350.00 | 7100 | Filing Fee - Complaint |
| 6/10/2006 | $15.27 | SD | Special Delivery |
| 6/22/2006 | $75.00 | 7100 | Service Fee |
| 7/10/2006 | $72.90 | CRDB | Computer Research - Dun & Bradstreet |
| 7/10/2006 | $72.90 | CRDB | Computer Research - Dun & Bradstreet |
| 7/31/2006 | ($350.00) | 7100 | Filing Fee - Complaint |

**Billed Expenses**
Totals  $620.46

# Jennings Sigmond, P.C.
## Time And Expense Details

Printed By MHT
Page 3

Report ID: OT2025 - 7709
Friday, October 06, 2006

Beginning To End

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| Report Totals | 15.10 | 15.10 | $2,825.00 | $620.88 | $3,445.88 |

*** End Of Report ***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 06-1068 (RBW) |
| COMMERCIAL INTERIOR DESIGN, INC. a/k/a Commercial Interior Designs, Inc. | ) ) ) ) | |
| Defendant. | ) | |

**JENNINGS SIGMOND ATTORNEYS' FEES – OCTOBER 2006**

Elizabeth A. Coleman, Esquire          EAC

| Date | Attorney | Task | Time |
|---|---|---|---|
| 10/3/06 | EAC | Phone Call with Joe Donnelly; Preparation of Settlement Agreement. | 0.9 |
| 10/4/06 | EAC | Preparation of Correspondence to Peggy Gilbert; Review and Revision of Settlement Agreement. | 1.2 |
| 10/5/06 | EAC | Phone Call with Peggy Gilbert; Preparation of Correspondence to Peggy Gilbert & Tom Montemore (x2); Phone Call with Harry Williams (x2); Review and Revise Settlement Agreement; Memo to File. | 2.3 |
| 10/6/06 | EAC | Review Updated Delinquency Amounts From Peggy Gilbert; Review and Revise Settlement Agreement, Consent Order & Joint Stipulation; Preparation of Correspondence to Tom Montemore; Conference with Attorney Jessica L. Tortella; Memo to File. | 2.5 |
| 10/18/06 | EAC | Review and Revision of Default Motion 55(b), Declarations, Proposed Order & Memorandum of Law. | 1.5 |
| | | **Total:** | **8.4** |

**October 2006 Summary:**
10/06 JS Fees: EAC  8.4 hrs  x  $200.00:          $1,680.00

172420-1

JS Fees and Costs 5/1/06 through 9/29/06   $3,445.88
**Grand Total:**   **$5,125.88**

172420-1