IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br><br>Plaintiff,<br><br>v.<br><br>COMMERCIAL INTERIOR DESIGN, INC.<br>a/k/a Commercial Interior Designs, Inc.<br><br>Defendant. | )<br>)<br>)<br>) CIVIL ACTION NO. 06-1068 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION FOR ENTRY OF CONSENT ORDER AND JUDGMENT

It is stipulated and agreed by the undersigned that the attached proposed Consent Order and Judgment may be entered without further notice or hearing.

INTERNATIONAL PAINTERS
AND ALLIED TRADES INDUSTRY
PENSION FUND

JENNINGS SIGMOND, P.C.

By: /s/ Sanford G. Rosenthal
Sanford G. Rosenthal
Bar No. 478737
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Independence Square
Philadelphia, PA 19106-3683
Telephone: (215) 351-0611
Facsimile: (215)922-3524
Attorney for Plaintiff

Date: October 31, 2006

COMMERCIAL INTERIOR DESIGN,
INC. a/k/a COMMERCIAL INTERIOR
DESIGNS, INC.

By: [signature]
Joseph P. Donnelly
Commercial Interior Designs, Inc.
73 Byberry Road
Hatboro, PA 19040
Telephone: (215) 675-4180
Facsimile: (215) 675-4185

Date: 11-1-06

155521-2