IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND <br><br> Plaintiff, <br><br> v. <br><br> COMMERCIAL INTERIOR DESIGN, INC. <br> a/k/a Commercial Interior Designs, Inc. <br><br> Defendant | ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 06-1068 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF DISMISSAL

To the Clerk:

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, kindly mark the above matter dismissed without prejudice as there has been no filing by the adverse party of an answer or of a motion for summary judgment.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: /s/   Kent G. Cprek
Kent G. Cprek
Bar No. 478231
SANFORD G. ROSENTHAL
Bar No. 478737
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615/611
Attorneys for the Fund

Date: November 21, 2006

175938-1

**CERTIFICATE OF SERVICE**

I, Kent G. Cprek, Esquire, state under penalty of perjury that I caused a copy of the foregoing Notice Of Dismissal to be served electronically through the CM/ECF System and/or first class mail, postage prepaid on the date and to the addressed below:

John Baker, Esquire
McNees, Wallace & Nurick
1600 University Drive
State College, PA 16801

Date: November 21, 2006             /s/     Kent G. Cprek
                                    KENT G. CPREK, ESQUIRE

175938-1